CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LINA PENG (NYBN 51500302)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Lina.Peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO ZEPEDA,<br><br>Defendant. | NO. 3-02-30450<br>ORDER RE:<br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint against ALFREDO ZEPEDA. The government further moves to unseal the docket in the above-captioned matter.

DATED: November 6, 2026.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeff Mitchell*
JEFF MITCHELL
Chief, Criminal Division

ORDER

Leave is granted to the government to dismiss the Complaint against ALFREDO ZEPEDA. It is further ordered that the Complaint in this case is dismissed, and that the docket in the above-captioned matter is unsealed.

Date: November 18, 2026

HON. PETER H. KANG
United States Magistrate Judge

